SUPREME COURT OF NEW JERSEY
D-24 September Term 2008

09-mc-49(RBK)

IN THE MATTER OF

STEVEN J. LANZA,

AN ATTORNEY AT LAW

(Attorney No. 007331987)

FILED
OCT 29 2008
CLERK

CORRECTED ORDER

**STEVEN J. LANZA** of **FORT LEE**, who was admitted to the bar of this State in 1987, and who has been temporarily suspended from the practice of law since October 7, 2008, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **STEVEN J. LANZA** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 29th day of October, 2008.

The foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT OF NEW JERSEY

CLERK OF THE SUPREME COURT